No. 04–410.  BERTRAND, WARDEN v. OSWALD.  C. A. 7th Cir. Certiorari denied.

No. 04–413.  CITY OF ALBUQUERQUE, NEW MEXICO v. HOMANS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–416.  BAUM v. SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY, ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 04–420.  LARGESS v. SUPREME JUDICIAL COURT OF MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–421.  CLUB CAR (QUEBEC) IMPORT, INC., ET AL. v. CLUB CAR, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–422.  MILLS v. C. H. I. L. D., INC., ET AL.  Sup. Ct. R. I.  Certiorari denied.

No. 04–424.  HOULT v. HOULT.  C. A. 1st Cir.  Certiorari denied.

No. 04–425.  HOFFMANN ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir.  Certiorari denied.

No. 04–426.  GARTER BELT, INC., DBA LEGG'S LOUNGE v. CHARTER TOWNSHIP OF VAN BUREN.  Ct. App. Mich.  Certiorari denied.

No. 04–427.  RICHARDS v. TEXAS A&M UNIVERSITY SYSTEM ET AL.  Ct. App. Tex., 10th Dist.  Certiorari denied.

No. 04–428.  STAMPS ET UX. v. LOUISIANA ATTORNEY DISCIPLINARY BOARD.  Sup. Ct. La.  Certiorari denied.

No. 04–431.  JONAS v. TOWN OF YEMASSEE MUNICIPAL COURT, SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 04–432.  PHYSICIANS MULTISPECIALTY GROUP v. HEALTH CARE PLAN OF HORTON HOMES, INC., ET AL.  C. A. 11th Cir. Certiorari denied.